# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

March 13, 2015

148907(101)

AROMA WINES AND EQUIPMENT, INC.,
      Plaintiff/Counter Defendant-Appellant,

v

COLUMBIAN DISTRIBUTION SERVICES,
INC.,
      Defendant/Counter Plaintiff-Appellee.

SC: 148907
COA: 311145
Kent CC: 09-011149-CK

_____/

      On order of the Chief Justice, the motion of the Michigan Association for Justice for leave to file the amicus curiae brief submitted on March 6, 2015, is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 13, 2015

